In re: Springer v. Trinity Green-Colorado, LLC
Case No. 20-ap-00167

<u>CERTIFICATE OF SERVICE</u>

  I, Alex Dragonetti, certify that on December 22, 2021 I caused to be served copies of the Order Setting Final Hearing on Motion for Summary Judgment and Entry of Judgment Order (Docket No. 64) to the following by regular U.S. mail:

_____
/Courtroom Deputy

| | | |
|---|---|---|
| Daniel J. Voelker, Esq.<br>311 W. Superior St<br>Suite 500<br>Chicago, IL 60654 | Richard L Hirsh, Esq.<br>Richard L. Hirsh & Assoc., P.C.<br>PO BOX 254<br>Naperville, IL 60566 | Lynn McMahan<br>P.O. Box 545<br>Wayne, IL 60184 |
| Trinity Green, LLC-1240 N. Damen<br>c/o Registered Agent<br>Robert J. Shelist<br>205 N. Michigan Ave.<br>Suite 810<br>Chicago, IL 60601 | Trinity Green, LLC-509 Peyton<br>c/o Registered Agent<br>Robert J. Shelist<br>205 N. Michigan Ave.<br>Suite 810<br>Chicago, IL 60601 | Trinity Green -Colorado LLC<br>c/o Registered Agent<br>Pathway Property Management, LLC<br>P.O. Box 4716<br>Edwards, CO 81632 |
| Trinity Development<br>c/o Nicole Stege-Brown<br>6153 Kildare Ave<br>Chicago, IL 60046 | Trinity Green, LLC – 509 Peyton<br>c/o Lynn McMahan<br>52 Aintree Road<br>St. Charles, IL 60174 | Lynn McMahan<br>2550 N. Lakeview<br>Unit 2103N<br>Chicago, IL 60616 |
| Trinity Green, LLC – 1240 N. Damen<br>Lynn McMahan<br>Registered Agent<br>52 Aintree Road<br>St. Charles, IL 60174 | Trinity Green, LLC – 509 Peyton<br>2550 N. Lakeview<br>Unit #2103N<br>Chicago, IL 60614 | Trinity Green-Colorado, LLC<br>c/o Lynn McMahan, Manager<br>52 Aintree Road<br>St. Charles, IL 60174 |
| | | Lynn McMahan<br>52 Aintree Road<br>St. Charles, IL 60174 |